**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBERTA THOMAS,

       Plaintiff,

v.                                                          Case No:   6:23-cv-287-WWB-LHP

UNITED STATES OF AMERICA,

       Defendant

---

**ORDER**
(And Direction to Clerk of Court)

This cause comes before the Court on a Mediation Disposition Report, stating the parties have settled the case.   Doc. No. 40.   Based thereon, it is **ORDERED** that this case is **DISMISSED with prejudice**, subject to the right of any party to move the Court, within **sixty (60) days** from the date of this Order, to enter a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.   *See* Local Rule 3.09(b).   All deadlines and hearings are hereby terminated.   The Clerk of Court is **DIRECTED** to close the file.

**DONE** and **ORDERED** in Orlando, Florida on May 19, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record